IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DREW GARRETT WASHINGTON,

    Plaintiff,

v.

JOE'S CRAB SHACK, et al.,

    Defendants.

NO. C08-5551 TEH

ORDER DENYING MOTION TO CONSOLIDATE

Defendant Crab Addison, Inc., which contends it has been incorrectly identified as Joe's Crab Shack, moves to consolidate this action with *Washington v. Joe's Crab Shack*, Case No. C09-5086 SC, pending in this district before the Honorable Samuel Conti. The case before this Court is a putative class action alleging unpaid overtime, lack of reimbursement for uniforms, and Defendant's requirement that employees pay for customers who did not pay their own bills. The case before Judge Conti, by contrast, is an individual action focused on allegations of unlawful discrimination, harassment, and termination based on race and disability. While there is a slight overlap in the underlying allegations, the factual and legal questions in these two cases are significantly different, and the Court does not find good cause to exercise its discretion by consolidating these cases. Accordingly, Defendant's motion is DENIED. The Court also does not find these cases to be related under Civil Local Rule 3-12.

**IT IS SO ORDERED.**

Dated: 11/12/09

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT