UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DREW GARRET WASHINGTON,

    Plaintiff(s),                           No. C 08-5551 PJH

    v.                                  **ORDER OF REFERENCE TO MAGISTRATE JUDGE**

JOE'S CRAB SHACK, et al.,

    Defendant(s).
_____/

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of Plaintiff's Motion to Compel Discovery Responses and Motion for Payment of Expenses, and for all further discovery. Any date for hearing noticed on the undersigned's calendar is VACATED.

The parties shall contact the courtroom clerk of the assigned Magistrate Judge about that judge's procedures for resolving discovery disputes. The information may also be available on the court's website.

**IT IS SO ORDERED.**

Dated: February 17, 2010

                                                    _____
                                                    PHYLLIS J. HAMILTON
                                                    United States District Judge

cc: Wings, Assigned M/J, counsel of record