1
2
3
4        UNITED STATES DISTRICT COURT
5        NORTHERN DISTRICT OF CALIFORNIA
6
7   DREW GARRETT WASHINGTON,              No. C 08-05551 PJH (JCS)
8            Plaintiff(s),               **NOTICE OF REFERENCE; ORDER TO
                                         MEET AND CONFER AND FILE JOINT**
9        v.                              **LETTER**
10   JOE'S CRAB SHACK,
11           Defendant(s).
                                 _____/
12   _____
13   TO ALL PARTIES AND COUNSEL OF RECORD:
14        The above matter has been referred to Magistrate Judge Joseph C. Spero for resolution of
15   Plaintiff's Motion to Compel Discovery Responses and Motion for Payment of Expenses (the
16   "Motions") [Docket Nos. 38 and 39 ], and all future discovery matters.
17        IT IS HEREBY FURTHER ORDERED that lead trial counsel for both parties shall meet and
18   confer **in person, on March 2, 2010, at 9:00 a.m.,** in Courtroom A at 450 Golden Gate Avenue,
19   San Francisco, CA.
20        In the event that counsel are unable to resolve the matters at issue in the Motions, lead trial
21   counsel shall provide a detailed Joint Letter to the Court within five (5) calendar days of their meet-
22   and-confer session.  This Joint Letter shall include a description of every issue in dispute and, with
23   respect to each such issue, a detailed summary of each party's final substantive position and its final
24   proposed compromise on each issue.  Upon filing of the Joint Letter the Court will decide what
25   additional proceedings, if any, shall be scheduled.
26                      **LAW AND MOTION HEARING PROCEDURES**
27        Civil law and motion is heard on Friday mornings, at 9:30 a.m., Courtroom A, 15th Floor,
28   United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102.

1        In the event a future **discovery dispute** arises, IT IS HEREBY ORDERED that before filing

2  any discovery motion before this Court, the parties must comply with the following:

3         1.     Lead trial counsel for both parties must meet and confer *in person* regarding the

4                matter(s) at issue.  This meeting shall occur after other efforts to resolve the dispute,

5                such as telephone, e-mail, teleconference, or correspondence, have been unsuccessful.

6                Once those efforts have proved unsuccessful, any party may demand a meeting of

7                lead trial counsel to resolve a discovery matter.  Such a meeting shall occur within ten

8                (10) calendar days of the demand.  The locations of the meetings shall alternate.  The

9                first meeting shall be at a location selected by counsel for Plaintiff(s).  If there are any

10               future disputes, the next such meeting shall be held at a location to be determined by

11               counsel for Defendant(s), etc.

12        2.     Within five (5) calendar days of the in-person meeting between lead trial counsel

13               referred to above, the parties shall jointly file a detailed letter with the Court, which

14               will include the matters that remain in dispute, a detailed substantive description of

15               each side's position on each such issue, and a description of each side's proposed

16               compromise on each such issue.  In the absence of permission from the Court, the

17               letter may not exceed five (5) pages.

18        3.     After the Court has received the joint letter, the Court will determine what future

19               proceedings, if any, are necessary.

20       In the event that the parties continue to be unable to resolve the matters regarding the timing

21  and scope of discovery, the Court will consider what future actions are necessary.  These actions

22  may include the following: (1) sanctions against a party failing to cooperate in the discovery process

23  and meet and confer in good faith, as required by this Order, the Federal Rules of Civil Procedure,

24  and the Local Rules of this Court; and/or (2) requiring the Chief Executive Officers of each party to

25  attend the in-person, meet-and-confer sessions described above.  The Court is not entering either of

26  these matters as an Order of the Court at this time, and fully expects counsel to meet their

27  obligations under this Order and under the Local Rules.

28

1    Regardless of whether the Court reschedules a hearing date, all opposition and reply papers

2  shall be timely filed according to the originally noticed hearing date, pursuant to Civil L. R. 7-3.

3    A party or counsel has a continuing duty to supplement the initial disclosure when required

4  under Fed. R. Civ. P. 26(e)(1).

5    All filings of documents relating to motions referred to the undersigned shall list the civil

6  case number and the district court judge's initials followed by the designation "(JCS)".

7                    **ELECTRONIC FILING AND COURTESY COPIES**

8    Please refer to Civil L. R. 5-4 and General Order No. 45 for the Northern District of

9  California for information relating to electronic filing procedures and requirements.

10    BEFORE NOON ON THE NEXT BUSINESS DAY FOLLOWING THE ELECTRONIC

11  FILING, THE PARTIES ARE REQUIRED TO LODGE DIRECTLY WITH CHAMBERS ONE

12  **PAPER** COPY OF EACH DOCUMENT, WHICH IS TO BE DESIGNATED "JCS'S CHAMBERS'

13  COPY."

14    The failure of counsel or a party to abide by this Order may result in sanctions pursuant to

15  Fed. R. Civ. P. 16(f).

16    IT IS SO ORDERED.

17

18  Dated:  February 24, 2010

19                                         JOSEPH C. SPERO
                                           United States Magistrate Judge

20

21

22

23

24

25

26

27

28