UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DREW GARRETT WASHINGTON,

    Plaintiff,

    v.

JOE'S CRAB SHACK, et al.,

    Defendants.

_____/

No. C 08-5551 PJH

**ORDER**

    The court is in receipt of a chambers copy of the Declaration of Michael S. Kun in opposition to plaintiffs' motion to modify the pretrial scheduling order and motion for leave to amend the complaint. The declaration is not in usable format.

    It appears that approximately 12 exhibits are attached to the declaration. However, the court is unable to locate the individual exhibits because they are not tabbed. A declaration that contains untabbed exhibits is not in usable format.

    The court will consider the contents of this declaration only if a complete, usable chambers copy is submitted no later than March 12, 2010.

**IT IS SO ORDERED.**

Dated: March 11, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge