UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREW GARRETT WASHINGTON, | Case No. C 08-05551 PJH (JCS) |
| Plaintiff(s), | |
| v. | **ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL PRIVATE CONTACT INFORMATION AND PAYROLL SAMPLING [Docket No. 44]** |
| JOE'S CRAB SHACK, | |
| Defendant(s). | |

On March 9, 2010, the Plaintiff filed a Letter Brief requesting private contact information for California hourly employees and managers, and a sampling of payroll data.

On March 17, 2010, a hearing was held on the Letter Brief. Michael Ng, Cherokee Melton, and Daniel Feder, counsel for Plaintiff, appeared. Aaron Olsen, counsel for Defendant, appeared.

For reasons stated on the record, and good cause shown, IT IS HEREBY ORDERED that, on or before April 16, 2009,

1. Defendant shall produce the contact information for the members of the putative class, and for the former managers. This information shall be designated with the appropriate level of confidentiality under the protective order in this case. In the event that Defendant submits manager declarations in connection with the class certification motion, the managers shall identify the location or locations which they managed.

2. Defendant shall produce the excel spreadsheets containing hours and payroll information, also known as payroll summaries, for a randomly selected 20% of the members of the putative class. This information shall be designated with the appropriate level of confidentiality under the protective order in this case. To select the sample, Defendant shall provide a list of employee numbers for the class to Plaintiff's counsel, who will randomly select 20% of those numbers.

3. Defendant shall produce point of purchase information, if it exists, for a randomly selected sample of 20% of the putative class, selected as described above.

IT IS SO ORDERED.

Dated: March 18, 2010

_____
JOSEPH C. SPERO
United States Magistrate Judge