UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DREW GARRETT WASHINGTON,

    Plaintiff(s),

    v.

JOE'S CRAB SHACK, et al.,

    Defendant(s).

No. C 08-5551 PJH

**ORDER RE OBJECTIONS TO MAGISTRATE JUDGE'S DISCOVERY ORDER**

In his March 18, 2010 discovery order, Magistrate Judge Spero set a deadline of April 16, 2010 for production of certain materials by defendant Crab Addison, Inc. On March 26, 2010, defendant filed objections to the discovery order. Civil Local Rule 72-2 provides that if no order denying the motion or setting a briefing schedule is made within 14 days of the date the objection is filed, it shall be deemed denied. In order to afford the court sufficient time to resolve the objections before the deadline for production, the court hereby STAYS the discovery order's deadline date pending the court's consideration of the objection. Because this matter is on this court's March 31, 2010 calendar for hearing on plaintiff's motion to file an amended complaint, and in the interest of resolving the current dispute as quickly as possible, the parties shall be prepared to discuss the discovery order and defendant's objection at that hearing.

**IT IS SO ORDERED.**

Dated: March 30, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge