UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DREW GARRETT WASHINGTON,

    Plaintiff,

    v.

JOE'S CRAB SHACK, et al.,

    Defendants.
_____/

No. C 08-5551 PJH

**ORDER**

    The date for the hearing on defendants' motion to dismiss and motion to strike, previously set for May 26, 2010, has been VACATED. The court will issue a decision on the papers.

**IT IS SO ORDERED.**

Dated: May 18, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge