UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DREW GARRETT WASHINGTON,

    Plaintiff,

    v.

JOE'S CRAB SHACK, et al.,

    Defendants.
_____/

No. C 08-5551 PJH

**ORDER**

The court is in receipt of a chambers copy of a "Compendium of Declarations" filed by defendant Crab Addison, Inc. in opposition to plaintiff's motion for class certification. The document includes 21 exhibits, but the exhibits are not tabbed (as are the exhibits to the declarations submitted with the same opposition). Without tabs, the document is not usable by the court. The court will consider the contents of this document only if a copy including tabs for the exhibits is submitted to the court by July 1, 2010.

**IT IS SO ORDERED.**

Dated: June 30, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge