1  Daniel L. Feder (130867)
   danfeder@pacbell.net
2  THE LAW OFFICES OF DANIEL L. FEDER
   332 Pine Street, Suite 700
3  San Francisco, California 94104
   Telephone: 415.391.9476
4  Facsimile: 415.391.9432
   dfeder@pacbell.net
5
   Attorneys for Plaintiff
6  DREW GARRETT WASHINGTON

7  Michael S. Kun (State Bar No. 208684)
   Aaron F. Olsen (State Bar No. 224947)
8  EPSTEIN BECKER & GREEN, P.C.
   1925 Century Park East, Suite 500
9  Los Angeles, California 90067-2506
   Telephone: 310.556.8861
10 Facsimile: 310.553.2165
   mkun@ebglaw.com
11 kmcguigan@ebglaw.com

12 Attorneys for Defendant
   CRAB ADDISON, INC. (erroneously identified as "JOE'S CRAB SHACK")
13

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREW GARRETT WASHINGTON, individually and on behalf of all others similarly situated, | Case No. 08-CV-05551 PJH **STIPULATION OF DISMISSAL** |
| Plaintiff, | |
| v. | |
| JOE'S CRAB SHACK, a Texas corporation doing business in California; JOE'S CRAB SHACK HOLDING, INC., a Texas corporation doing business in California; CRAB ADDISON, INC. a Texas Corporation doing business in California; and DOES 3-500, inclusive, | |
| Defendants. | |

1

2065856v1

STIPULATION OF DISMISSAL
CASE NO. 08-CV-05551 PJH

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: March 15, 2011

**LAW OFFICES OF DANIEL L. FEDER**

By _____
Daniel L. Feder
Attorneys for Plaintiff
DREW GARRETT WASHINGTON

Dated: March 15, 2011

**EPSTEIN BECKER & GREEN, P.C.**

By _____
Michael S. Kun
Attorneys for Defendant
CRAB ADDISON, INC. (erroneously identified as "JOE'S CRAB SHACK")

4/4/11

**IT IS SO ORDERED**

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2